UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

       - v. -                       :

NATALYA GRABOVSKAYA,                 :

       Defendant.                   :

- - - - - - - - - - - - - - - - - X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 3/26/2018 |

**UNSEALING ORDER**

16 Cr. 755 (LGS)

       WHEREAS, an application has been made by the United States of America, with consent of the defendant, that the previously-sealed transcript of defendant's guilty plea be unsealed and made part of the public docket;

       IT IS HEREBY ORDERED that the previously-sealed transcript of defendant's guilty plea in the above-captioned case be unsealed and made part of the public docket.

SO ORDERED:

Dated:    New York, New York
        March 26___, 2018

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**