

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2020

<u>BY ECF</u>

Hon. Lorna G. Schofield
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States v. Natalya Grabovskaya</u>
    16 Cr. 755 (LGS)

Dear Judge Schofield:

The Government writes, with the consent of the defense, to request jointly that the status date for Natalya Grabovskaya be adjourned to July 23, 2020.

Defendant Grabovskaya pled guilty in the above-referenced case on November 15, 2016. On May 15, 2019, shortly after the conclusion of the trial before Your Honor against two of her co-conspirators, Paul J. Mathieu and Hatem Behiry, Grabovskaya and the Government jointly requested that the Court schedule Grabovskaya's sentencing to follow those of the trial defendants. Several adjournments have ensued. Since Grabovskaya's sentencing was last rescheduled, the Court has rescheduled the sentencing of Behiry for July 21, 2020. Once Behiry is sentenced, the Government will be in a position of provide a submission to the Probation Office pursuant to Section 5K1.1 of the Sentencing Guidelines, and to ask the Court to schedule a sentencing.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: \_\_\_\_S/_____
   David Raymond Lewis
   Stephen J. Ritchin
   Timothy V. Capozzi
   Assistant United States Attorneys
   (212) 637-2397/2503/2404

Application Granted. The parties shall file a joint status letter on July 23, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 23.

Dated: June 17, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**