**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2020

BY ECF

Hon. Lorna G. Schofield
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Re:  United States v. Natalya Grabovskaya
> 16 Cr. 755 (LGS)

Dear Judge Schofield:

The Government writes, with the consent of the defense, to request jointly that the status date for Natalya Grabovskaya be adjourned from July 23, 2020 to October 5, 2020.

Defendant Grabovskaya pled guilty in the above-referenced case on November 15, 2016. On May 15, 2019, shortly after the conclusion of the trial before Your Honor against two of her co-conspirators, Paul J. Mathieu and Hatem Behiry, Grabovskaya and the Government jointly requested that the Court schedule Grabovskaya's sentencing to follow those of the trial defendants. Several adjournments have ensued.  Since Grabovskaya's status date was last rescheduled, the Court has rescheduled the sentencing of Behiry for October 1, 2020.  Once Behiry is sentenced, the Government will be in a position of provide a submission to the Probation Office pursuant to Section 5K1.1 of the Sentencing Guidelines, and to ask the Court to schedule a sentencing.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:      S/
David Raymond Lewis
Stephen J. Ritchin
Timothy V. Capozzi
Assistant United States Attorneys
(646) 787-5645

cc:     Michael Zacharias, Esq.