# BRONSTER LLP

bronsterllp.com

Michael J. Zacharias, Esq.      156 West 56th Street, Suite 902 | New York, NY 10019
mzacharias@bronsterllp.com     T. 347.246.4879 | F. 347.246.4893

October 12, 2020

<u>**VIA ECF**</u>

Hon. Lorna G. Schofield
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:  United States v. Natalya Grabovskaya
           16-CR-00755 (LGS)

Dear Judge Schofield:

    This office represents Ms. Grabovskaya in this matter. Ms. Grabovskaya has been fully compliant with all her conditions of release. Therefore, the parties respectfully request that Ms. Grabovskaya's supervision be reduced to web reporting only.

    Please feel free to reach out to me directly should you have any questions.

                          Sincerely,

                          Michael J. Zacharias, Esq

Application Denied without prejudice to renewal.  Defendant may refile this application and state whether the Government and/or Pretrial Services consents to the application.  The Clerk of the Court is directed to terminate the motion at docket number 28.

Dated: October 15, 2020
New York, New York

                          LORNA G. SCHOFIELD
                        UNITED STATES DISTRICT JUDGE

308789.001