# BRONSTER LLP

bronsterllp.com

Michael J. Zacharias, Esq.  156 West 56th Street, Suite 902 | New York, NY 10019
mzacharias@bronsterllp.com  T. 347.246.4879 | F. 347.246.4893

October 16, 2020

**VIA ECF**

Hon. Lorna G. Schofield
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:  United States v. Natalya Grabovskaya
           16-CR-00755 (LGS)

Dear Judge Schofield:

    This office represents Ms. Grabovskaya in this matter. Ms. Grabovskaya has been fully compliant with all her conditions of release. Therefore, Counsel for Ms. Grabovskaya, with the consent of the Government and Pretrial Services, respectfully request jointly that <u>Ms. Grabovskaya's supervision be reduced to web reporting only.</u>

    Please feel free to reach out to me directly should you have any questions.

Sincerely,

Michael J. Zacharias, Esq

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 31.

Dated: October 20, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

308789.001