# BRONSTER LLP

bronsterllp.com

Michael J. Zacharias, Esq.  156 West 56th Street, Suite 902 | New York, NY 10019
mzacharias@bronsterllp.com  T. 347.246.4879 | F. 347.246.4893

August 16, 2021

**VIA ECF**

Hon. Lorna G. Schofield
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Application granted. Pretrial Services shall promptly return Ms Grabovskaya's passport.
>
> Dated: August 17, 2021
>         New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  United States v. Natalya Grabovskaya
     16-CR-00755 (LGS)

Dear Judge Schofield:

    This office represents Defendant, Natalya Grabovskaya in this matter. Ms. Grabovskaya's sentence was imposed on February 2, 2021. Pretrial Services confirmed that they are in possession of Ms. Grabovskaya's passport. We respectfully request that this Court grant this Letter Motion for the release of Ms. Grabovskaya's passport and direct Pretrial Services to release the surrendered passport.

    Please feel free to reach out to me directly should you have any questions.

Sincerely,

Michael J. Zacharias, Esq

308789.001